UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA
EASTERN DIVISION

|  |  |
|---|---|
| CHRISTIAN EMPLOYERS ALLIANCE, *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> ALEX M. AZAR II, in his official capacity as ) <br> Secretary of the U.S. Department of Health ) <br> and Human Services; *et al.*, ) <br> ) <br> Defendants. ) <br> ) | Case No. 3:16-CV-00309 |

**DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION
FOR STATUS CONFERENCE**

Plaintiffs request a telephonic status conference "to identify what issues, if any, remain in dispute between the parties" with regard to Plaintiffs' pending motions for permanent injunctive relief and "to assess whether oral argument is appropriate." ECF No. 42. Defendants do not oppose plaintiffs' request for a telephonic status conference.[1]

Respectfully submitted this 22nd day of March, 2019,

JOSEPH H. HUNT
Assistant Attorney General

JENNIFER D. RICKETTS
Director, Federal Programs Branch

/s/ Michelle R. Bennett
MICHELLE R. BENNETT (CO Bar No. 37050)
Assistant Branch Director
United States Department of Justice

---

[1] Defendants note that their response to Plaintiffs' Supplemental Motion for Permanent Injunction and Declaratory Relief, *see* ECF No. 40, is currently due on March 29, 2019. Defendants will be requesting a brief extension of this deadline to April 5, 2019.

Civil Division, Federal Programs Branch
1100 L Street NW
Washington, D.C.  20005
Tel: (202) 305-8902
Fax: (202) 616-8470
Email: michelle.bennett@usdoj.gov

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

    I hereby certify that on March 22, 2019, I electronically filed a copy of the foregoing. Notice of this filing will be sent via email to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

                                          /s/ Michelle R. Bennett
                                          MICHELLE R. BENNETT